Joe ROLFO, Plaintiff in Error, v UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December 3, 1923.) No. 6284. In Error to the District Court of the United States for the Eastern District of Missouri. Arthur Stahl and Eugene D. Andrews, both of St. Louis, Mo., for plaintiff in error. Politte Elvins, Sp. Asst. U. S. Atty., of Bonne-Terre, Mo.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of counsel for defendant in error.

---

In the Matter of Samuel S. RUSKAY et al., trading as S. S. Ruskay & Co., Bankrupts; George D. Proctor, Appellant.* (Circuit Court of Appeals, Second Circuit. December 10, 1923.) No. 108. Appeal from the District Court of the United States for the Southern District of New York. Joseph A. Seidman, of New York City, for appellant. Zalkin & Cohen, of New York City (Moses Cohen and S. Marshall Kronheimer, both of New York City, of counsel), for appellee. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.

---

Harry RYAN, alias "the Jew," Plaintiff in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December 11, 1923.) No. 6558. In Error to the District Court of the United States for the Eastern District of Missouri. Verne Lacy, of St. Louis, Mo., for plaintiff in error. John C. Dyott, Sp. Asst. Atty. Gen., for the United States.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of counsel for defendant in error, under rule 16.

---

Hubert P. RYNER, Plaintiff in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December 3, 1923.) No. 6548. In Error to the District Court of the United States for the District of Nebraska. Thomas S. Allen, of Lincoln, Neb., for plaintiff in error. James C. Kinsler, U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of counsel for defendant in error, under rule 16.

---

Frank SMITH, alias "Broken Arm Frank," Plaintiff in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December 11, 1923.) No. 6559. In Error to the District Court of the United States for the Eastern District of Missouri. Verne Lacy, of St. Louis, Mo., for plaintiff in error. John C. Dyott, Sp. Asst. Atty. Gen., for the United States.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of counsel for defendant in error, under rule 16.

---

Jessie SUMMERS, Appellant, v. UNION PACIFIC RAILROAD CO. (Circuit Court of Appeals, Eighth Circuit. January 28, 1924.) No. 6568. Appeal from the District Court of the United States for the District of Nebraska. R. M. Kidd and John O. Yeiser, both of Omaha, Neb., for appellant. N. H. Loomis and C. A. Magaw, both of Omaha, Neb., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellee, per stipulation of parties.